CHARLES P. BURKE, PLAINTIFF-RESPONDENT, v. MEYER SUSSMAN, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Michael G. Alenick* for the petitioners.

*Mr. John J. Smyth* and *Mr. Fremont D. Donley* for the respondent.

December 17, 1956.  Denied.